LARRY SMITH K-91850 "ProSe"
Name and Prisoner/Booking Number
CALIFORNIA HEALTH CARE FACILITY B2A114
Place of Confinement
P.O. BOX 32110
Mailing Address
Stockton, CA. 95213
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED

May 19, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY SMITH
(Full Name of Plaintiff)                     )
                              Plaintiff,       )
                                              )
         v.                                   )  CASE NO. 2:20-cv-1004 CKD (PC)
(1) RALPH DAIZ SECRETARY OF CDCR,           )      (To be supplied by the Clerk)
(Full Name of Defendant)                      )
(2)        "AND OTHER'S"                      )
                                              )
(3)                                           )  **CIVIL RIGHTS COMPLAINT**
                                              )  **BY A PRISONER**
(4)                                           )
                              Defendant(s).    )  ☒ Original Complaint
                                              )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.   )  ☐ Second Amended Complaint

" JURY TRIAL DEMANDED "

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
     ☐ Other: _____.

2.   Institution/city where violation occurred: CALIFORNIA STATE PRISON-SACRAMENTO, PSU

Revised 3/15/2016                                   1

## B. DEFENDANTS

1. Name of first Defendant: RALPH DIAZ                    . The first Defendant is employed as:
SECRE tary of California Dept of Corrections at FOR THE STATE OF CALIFORNIA          .
   (Position and Title)                              (Institution)

2. Name of second Defendant: DAVID BAUGHMAN          . The second Defendant is employed as:
WARDEN                                    at California state Prison - SACRAMENTO    .
   (Position and Title)                              (Institution)

3. Name of third Defendant: Mrs. Eldridge          . The third Defendant is employed as:
ASSOCIATE WARDEN                          at CSP - SAC                              .
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: J. Clough              . The fourth Defendant is employed as:
CAPTAIN                                   at CSP - SAC A Facility                   .
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: LARRY SmitH "Pro Se"          v. Sgt. J. Gonzales et al;
      2. Court and case number: UNITD STATES DISTRICT COURT EASTERN # 1:17-cv-00436 DAD-GSA
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending. Made I t past
      SUMMARY Judgment. Scheduling order for deposition & discovery 7-20-20, 9-20-20.

   b. Second prior lawsuit:
      1. Parties: LARRY Smith          v. Dietz et al
      2. Court and case number: UNITD STATES DISTRICT COURT EAST/SAC. # 2:20-cv-00071 DMC.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Pending. Religious
      believes.

   c. Third prior lawsuit:
      1. Parties: LARRY SmitH "Class Action"          v. RALPH Diaz et al
      2. Court and case number: UNITED STATES DIST. COURT # UNKNOWN at this time
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) It WAS SEttled In
      2019. Class Action Hepatitis C. Had private Attorney. Name UNKNOWN at this time.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

B. DEFENDANTS

| | | | | | |
|---|---|---|---|---|---|
| 5. JONES | CAPTAIN | CSP-SAC A-Facility | | | |
| 6. C. MARTINECK | LIEUTENANT | CSP-SAC A-Facility | | | |
| 7. B. JONES | LIEUTENANT | CSP-SAC A-Facility | | | |
| 8. KIEF | LIEUTENANT | CSP-SAC A-Facility | | | |
| 9. SUEBERT | LIEUTENANT | CSP-SAC A-Facility | | | |
| 10. Q. SHEBURN | SERGEANT | CSP-SAC A-Facility | | | |
| 11. K. ROSE | SERGEANT | CSP-SAC A-Facility | | | |
| 12. N. FUJIWARA | SERGEANT | CSP-SAC A-Facility | | | |
| 13. R. ASH | SERGEANT | CSP-SAC A-Facility | | | |
| 14. STRATON | SERGEANT | CSP-SAC A-Facility | | | |
| 15. SAAVEDA | SERGEANT | CSP-SAC A Facility | | | |
| 16. JOHN DEO (fAt) | SERGEANT | CSP-SAC A-Facility | | | |
| 17. F. ANDRADE | C/O | CSP-SAC A Facility | 1 floor/S&E | 2nd W |
| 18. T. STANDFIELDS | C/O | CSP-SAC A FAC. | 1 floor | 2nd W |
| 19. D. CALDERON | C/O | CSP-SAC A FAC. | 1 floor | 2nd W |
| 20. K. PORTER | C/O | CSP-SAC A-FAC | 1 floor | 2nd W |
| 21 ROMNEY | C/O | CSP-SAC A-FAC | 1 floor | 2nd W |
| 22 M. IGNASIK | C/O | CSP-SAC A-FAC. | 1 floor | 2nd W |
| 23 A. STINSON | C/O | CSP-SAC A FAC. | 1 floor | 2nd W |
| 24 C. TERRY | C/O | CSP-SAC A-FAC. | S&E | 2nd W |
| 25 M. HENDRIX-AVERILL | C/O | CSP-SAC A-FAC. | 2 floor | 2nd W |
| 26 HUYNH | C/O | CSP-SAC A-FAC. | 2 floor | 2nd W |
| 27 J. NUNNERY | C/O | CSP-SAC A FAC. | S&E | 2nd W |
| 28 KENDAL | C/O | CSP-SAC A FAC. | S&E | 2nd W |
| 29 P. PRICE | C/O | CSP-SAC A FAC | S&E | 2nd W |
| 30 J. ANDERSON | C/O | CSP-SAC A FAC | S&E | 2nd W |

2-A

B. DEFENDANT'S

| 31. | DR. JOHN DOE | Chief Medical officer | CSP-SAC | | |
|---|---|---|---|---|---|
| 32. | DR. M. FELDER | CEO | CSP-SAC | | |
| 33. | BONEHUMER | Physician Assistance | CSP-SAC | A FAC. | 2ND W |
| 34. | K. MYERS | Physician Assistance | CSP-SAC | A FAC. | 2ND W |
| 35. | A. AKBAR | Physician Assistance | CSP-SAC | A FAC. | 2ND W |
| 36. | GRACE | Registed NURSE | CSP-SAC | A FAC. | 2ND W |
| 37. | MATT R (?) | Registed NURSE | CSP-SAC | A FAC. | 2ND W |
| 38. | N. BALbASOUN | Registed NURSE | CSP-SAC | A FAC. | 2ND W |
| 39. | DR. JOHN DOE II | Chief Psychritist | CSP-SAC, | | |
| 40. | DR. ROSS | Psychologist | CSP-SAC. | A FAC. | 2ND W |
| 41. | DR. GARNER | Psychologist | CSP-SAC. | A FAC. | 2ND W |
| 42. | DR. Nguyng | Psychologist | CSP-SAC. | A FAC. | 2ND W |
| 43. | DR. ZELLER | Psychologist | CSP-SAC. | A FAC. | 2ND W |
| 44. | DR. Dietre | Psychologist | CSP-SAC. | A FAC. | 2ND W |
| 45. | DR. KROENLEIN M. | Psychologist | CSP-SAC. | A FAC. | 2ND W |
| 46. | L. APODACA | Psyc Tect | CSP-SAC | A FAC | 2ND W |
| 47. | DIZON | Psyc Tect | CSP-SAC | A FAC | 2ND W |
| 48. | FOSS | Psyc Tect | CSP-SAC | A FAC | 2ND W |

www.PrintablePaper.net

2-B

## D.  CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT; which served no penalogical purpose, Maliciously & Sadistically. EACH DEFENDANT'S IS being SUED IT their official AND INDIVISUAL CAPACITY.

2. **Claim I.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

All week long Custody And Medical, Mental Health Staff WERE IGNORING MY CRIES for SUICIDAL. On July 30, 2016 I cut my left wrist with A RAZOR blade. I WAS upset for being taken off my pain medication for my Chronic pain. At Med pass (0720 hours) I put my left wrist thru the food port AND INformed Psyc tect Ms. Apodaca AND %O. CALDERON I WAS SUICIDAL AND had cut my wrist. %O CALDERON RETURNED later AND threaten to beat ME up. %O CALDERON RETURNED with %O F.ANDRE, T. Standfields, C. TERRY AND MACED ME. I REFUSED to cuff up AND said %O's pushed their Alarm. When supervisory's staff ARRIVES (two sergeants) I INform them that staff had Ignored my suicidal cries for AN hour, then threaten ME AND then MACED ME. I WAS placed IN the decontamination shower by %O ANDRE & Standfields, who didn't turn on the WATER, until later. After decontamination. %O Standfields, %O TERRY REMOVES ME from the shower (outside) & As WE ARE Approachs the RETunda (I'M IN RESTRANts), %O Standfields, states " I'm Smith when I tells you to do something you ARE going to follow my INstructions. Both officers then picks ME up & dump ME head fise t INto the ground. %O TERRY Kicks ME IN the left side of my head & IN the ribs, %O Standfields then slams my head INto the ground, both officer's punches ME REPEATly IN the head & body. I losted CONSCIOUSNESS & woke up IN A holding CAGE with A spit MASK ON. EACH DEFENDAN+'S IS being SUED IN their official AND INDIVISUAL CAPACITY.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

%O F. ANDRADE INStructed %O.O. CALDERON to pepper spray ME (+wice) IN violation of CDCR PSU policy. %O TERRY & %O Standfields stood by & WATCHED. %O TERRY & %O Standfields Kicked ME IN the head & Ribs, punched ME REPEATly & Slamed my head REPEATly INto the ground. SAID officer's then CONSPIRED to COVER up this Illegal USE of Force by ISSUING ME A RVR #611825 ASSAULT ON A PEACE officer AND Claiming the INJURIES I had WAS CAUSED ME.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I did submit AN Appeal on this Claim. HOWEVER, officers would INtercept them AND hold them past time Constraints, or throw them AWAY or UPPER level staff At the Appeals office would SCREEN them out. 602# UNKNOWN At this time due plaintiff NOT IN position of his property or legal records.

PAGE 3

## CLAIM II

1.    State the constitutional or other federal civil right that was violated: TO BE FREE FROM CRUEl AND UNUSUAL PUNISHMENT, which served No penalogocal purpose. Maliciously & Sadistically .

2.    **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☒ Excessive force by an officer     ☐ Threat to safety    ☐ Other: _____.

3.    **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 6-17-16 At 0700 hours while housed IN CSP-SAC PSU (Psychriatrict Sercurity Unit) I INformed c/o A. Stinson (PSU A1 floor 2nd W) I WAS feeling suicidal. c/o Stinson ignored ME. At 0720 IN the presents of Psyc-tect MS, Vizon & c/o Price I took AN overdose of pills (40) tglenols. At 0745 sgt. N. Fujiwara came & Asked me what was going on. I Requested to speak with the captain, was tired of his staff ignoring my suicidal cries. At 0830 sgt. Fujiwara & Another sergeant was Assembling A extraction team IN front of my cell, without warning or issuing any orders, the cell door opens & they RUN IN & started kicking, punching & stomping me. The extraction team members were c/o J. Anderson, J. Nunnery, c/o P. Price, c/o A. Stinson, c/o Kendal & sgt John Doe #2. I was draged out onto the tier, handcuffed, c/o A. Stinson stands by my head & pours foul odor (fecet & urine) over my head & then place a spit mask over my head. I was then placed IN A holding cage. RN ms. Balbasovn came over & asked my name. Sgt. Fujiware called her INto the c/o's office & close the door. After a few minutes RN Balbasovn exit the c/o's office & goes INto the nurse's office for a few minutes then leaves the building without ever examing me. I WAS then escorted to a holding cage at the program sally port. I then informed capt. Jonse, Lt. Suebert & sgt. Straton my injuries & tell them I was physically assaulted by two sgt's & a extraction team. Capt. Jones states she had authorized the extraction as a emergency because sgt. N. Fujiwara said I was none responsive. I asked capt. Jones how dose that explain my injuries.

4.    **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I was repeatly kicked, stomped & punched by the extraction team, when I was suppose to be none responsive. I had blood come from my right ear, bruise's on head, arms upper body & legs. c/o A. Stinson the pour fecet & urine over my head while both sgt's watched. Each defendant is being sued in their official and indivisual capacity.

5.    **Administrative Remedies.**

a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No

b.    Did you submit a request for administrative relief on Claim II?     ☒ Yes   ☐ No

c.    Did you appeal your request for relief on Claim II to the highest level?     ☒ Yes   ☐ No

d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I believe so. 602# SAC-P-16-02287. Also a Health care 602 on RN Ms. Balbasoun for covering up medical injuries. I don't have my property at this time due to my stay at Calif. Health Care Facility. will provide later

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, NO penalogical purpose, other then MAliciously & SAdistical.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

    ☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
    ☒ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON going hARRASSMENT AND EXCESSIVE force by the SAME group of officer's who Also ARE INtimadAte medical stAff to CoveR up their WRong doing. ON 6-22-16 At 0720 hours during moRNING med pAss I INformed Psyc tect MS. DIZON & S/O F.ANdRAde I WAS suicidAl AND hAd swAllowed 40 pills. PT DIZON ANd S/o ANdRAde Ignored this. At 0841 I INformed PT Foss I suicidAl ANd hAd SWAllowed AN AdditionAl 40 pills, who Immedintely Notified Custody. S/o RomNey & AN uNKNowN officer cAme to my cell INstructed me to cuff up. S/o RomNey plAced the RestRAiNts' on extremely tight. I Asked S/o RomNey to loseN the RestRAiNts once I WAS plAced INto A holding cAge, S/o RomNey Just WAlked off. Two hours lAteR (1030) my ClINIciAN DR. GARNeR cAme to INteRview me for suicidAl. I INformed heR I hAd tAKINg oveR 80 pills & showed heR the RestRAiNts WeRe cuttING INto my skiN cAusING me greAt pAIN. DR. GARNeR INformed me she hAd Just spokeN to Sgt. ROSE AND he WAS IN the pRocess of movING me out of the MANAgemeNt cell, foR which I WAS IllegAlly housed foR oveR 30 dAys without AuthoRIzAtion from ClAssificAtioN. DR. GARNeR Also stAted I would Not be goING to MedicAl clINIc foR the oveRdose of pills. Custody would WAtch me foR 4 hours & theN RetuRN me to my cell. At 1245 Sgt. ASH hAd WAlked pAst my holdING cAge AND I showed heR the RestRAiNts WeRe cuttING INto my wRists & she sAid thAt she'll hAve Custody to loseN them. At 1300 S/o's RomNey, IgNASIK, CAldeRON opeN the holdING cAge dooR & Attemped to RemoVe the RestRAiNts, I felt threAteN & sAt down. sAid S/o's theN pick me up & cARRIed me to my cell & RemoVed the RestRAiNts.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
S/o RomNey use the RestRAiNts (ANd hANd cuff's) AS A puNishmeNt by plAcINg them on so tight foR oveR fouR hours while IN the holdING cAge. SAme group of officeR's WeRe IgNoRINg my suicidAl cries. MeNtAl HeAlth stAff WeRe AssistING them. EACh DefeNdANt IS beiNg sued IN their officiAl AND INdivisuAl cApAcity.

5.  **Administrative Remedies.**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☒ Yes  ☐ No

    b.  Did you submit a request for administrative relief on Claim III?                        ☒ Yes  ☐ No

    c.  Did you appeal your request for relief on Claim III to the highest level?              ☒ Yes  ☐ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I beleve I did AppeAl 602 SAC-P-16-02501 to the thiRd level. HoweveR, I'm Not suRe. I don't hAve my propeRty or legAl RecoRds At this time. Also custody WeRe INteRfeRING w/th the 602 procCess.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## D. CAUSE OF ACTION

### CLAIM # IV

1. State the constitutional or other federal civil right that was violated: Denial of medical and mental Health care, Callous Indifference, Not reporting suicidal attemp, failure to protect.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 7-30-16 At 0700 hours, while housed At CSP-SAC PSU (for EOP's), I informed Psyc Tech L. Apodaca I WAS suicidal And that I had cut my left wrist with A razor blade. %o J. Calderon who was escorting PT Apodaca during her med pass instructed me to pull my arm back into my cell cause I was getting blood all over the tier. PT Apodaca said she would bring me a bandage when she finished her med pass. she Never returned Nor did she report my suicidal attemp. At 0800, After I was O.C. Spray by %o Calderon, whom lied And said he sprayed me to stop me from actively cutting my left wrist, %o Standfields and %o Terry physically assaulted me by kicking me in my left ear and left ribs, slammed my head repeatly into the ground and repeatly punched me in the head and body. Also lied and said I had attemp to spit at %o Standfields who had forced me to the ground and I had inadvertently hit my head on the ground. And No force was used by them. I had caused my head injuries by banging my head against the holding cage. During PT Apodaca 7219 medical report at 0800 I stated %o beat me up, I couldn't hear in my left ear, & blood was coming, I couldn't breath & my ribs were broken, I had 4 or 5 knott on my head. PT Apodaca did Not record all of my injuries on her medical report 7219 in a attemp to cover up the officer's use of force. See RN. Grace & PA Myers reports later that morning & use of force video.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Failure to protect. Had PT L. Apodaca complied with CCR # 3365 & immediately reported my suicidal attemp during her 0700 med pass, none of the other stuff would have happen at 0800. And falsifying her 7219 medical report to cover up the %o's actions. Each Defendant's is being sued in their official and individual capacity.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim # IV  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I submitted A Health care Appeals # Number unknown At this time don't have my property. Also submitted AN Appeal on custody on this issue.

PAGE 5-A

## CLAIM III I

1. State the constitutional or other federal civil right that was violated: Denial of Medical Care by Attending or primary care provider's, Callous Indifference, to cover up Abuse's.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 7-30-16 At 0800 I WAS ESCORTED to A-TTA for Medical Evaluation by SO HuyNH & SO M. Hendrix-AVERill. As I WAS being EXAMED by RN GRACE AND RN MAtt, RN GRACE started to REMOVE the spit MASK from my head. SO HuyNH ORdERED her Not to REMOVE It bECAUSE I WAS A spitter. RN GRACE INform SO HuyNH she NEEDED to tREAT the cut over my EyE. SO HuyNH INStRuctED her to MAKE A cut IN the spit MASK. RN GRACE MADE A cut IN the spit MASK AND placed A ICE pack ON my EyE. SO HuyNH INterfEARED bECAUSE he WAS COVERING UP my tRuE INJuRIES. I WAS placed INto A holding CAGE. I sliped my cuff's AND REMOVED the spit MASK. P.A. DR. MyERS WAS WALKING by AND I CAlled him over. I INformed him of the pain IN my left EAR & tRouble I had bREAthing AND that the officER's had bEAting ME up. DR. MyERS' had the SO's to bring ME bACK INto the Clinic WhERE he gAVE ME A physical EXAM. DR. MyERS INfoamed ME I had A RuptuRED EARdRum & bRoKEN Rib. DR. MyERS thEN INStRuctED RN GRACE to documENt my INJuRIES. DR. MyERS thEN WhEN to get the LiEutENANt. DR. MyERS INfoamed him there WAS NO I could've CAuse my INJuRIES by bANgING my head on the holding CAGE AS the officERS WERE CLAIming. SAID LiEutENANt thEN ORdER A USE of FORCE VIDEO WhERE I gAVE A stAtEmENt thAt the officER's bEAt ME up for goING suicidAl. DR. MyERS prescRibED tylENol 3's pAIN & put ME ON DoctoR's LINE 8-2-16.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

CuStody, SO HuyNH WAS INterfEARING IN my MEDICAl by INStRuctING NURSE GRACE Not to REMOVE the spit MASK from my head IN ORdER to CONCEAl my tRuE INJuRIES, the blood from my left EAR, the 4 or 5 KNotts up side my hEAR, It All pARt of the CONspiRAcy. EACh DEfENdANt's IS bEING SUED IN thEIR officAl AND INdivisuAl cApAcity.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim III I ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

PAGE 5-B

## CLAIM VI

1. State the constitutional or other federal civil right that was violated: Denial of Medical care by Attending or Primary Care Provider, Callous Indifference. To cover up Physical Abuse by %o's.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim VI. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 8-2-16 (MONDAY), At CSP-SAC PSU, I WAS ESCORTED to A-YARD CliNic DOCTOR'S LINE AND SEEN by DR. BONEhAMER (I believe), who gAVE ME A physical EXAMINATION DUE to the INJURIES I RECEIVED ON 7-30-16 EXCESSIVE USE of FORCE by %o TERRY AND %o STANDfields. (It should be NOTED ON 7-30-16 I WAS EXAMED by DR. MYERS WHO SAID I hAD A RupTURED left EARDRUM & bROKEN Rib AND PRESCRIBED Tylenols 3's PAIN MEDS). P.A. BONEhAMER gAVE ME A physical EXAMINATION AND CLEARED ME of All the INJURIES, that P.A. MYERS hAd found two days PRIOR. This DocTOR (P.A.) SAID MY Ribs WERE fINE AND there's WAS NOthing WRONG With MY left EARdRUM. She Also discontiNUED the PAIN MEDICATIONs Tylenol 3's. I REAlly believe this WAS P.A. BONEhAMER, but It could have ANOther white tall fEMALE. But I KNOW It WAS ON MONDAY August 2, 2016. ANY how shortly After P.A. BONE hAMER discontinUEd the PAIN MEDIcATIONs, I could NOt think StRAight. I WAS IN SO MUCH PAIN EVERYthing WAS SPINNING. SO WHEN MENTAl HEALth CAME to MY cell fOR follow up ON SUICIDE, I showED hER A "RAZOR BLADE" (NOt A PIECE of mETAl) As the %o's hAd claimed I USEd to CUT mySElf ON 7-30-16, put It ON MY toNUGE AND SWAllowEd It. The Psyc tect INfORmEd CUSTODY. %o ROMNEY & %o StANdfiELd's tried to mAKE ME spit It up. P.A. BONE hAMER SENT ME to SAN JOAquiN HospitAl.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

P.A. BONEhAMER WAS COVERING UP MY INJURIES IN ORDER to proTECT CUStody behAvIOR of bEATINg UPON INMATE's who WENt SUICIDAL. At SAN JOAquiN HospitAl DR. BARNES did A CT SCAM & discoVERED A hole IN MY left EAR which WAS still lEAKING fuilds EACh DEfENdANt's IS bEINg SUEd IN theIR officiAl AND INDIVISUAl capacity.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim VI?  ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## CLAIM ~~III~~ VII

1. State the constitutional or other federal civil right that was violated: Denial of Medical care by Attending or Primary Care Provider. Callous Indifference to Medical Needs.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

CCR #3350.2 (a) off-site Care treatment. IN DECEMBER of 2000, CDCR Medical staff refered me to a pain specialist Dr. McCord who diagnosed me with FIBROMYALGIA chronic pain, primarily a female disease, but also found IN MEN five percent of the time. CDCR medical staff treated my fibromyalgia with pain medication such as "Tramadol, Tylenols with Codine" up until 2007 of August CDCR medical staff refered to another pain specialist at the Pain Institute of California for a second opinion. I was again diagnosed with FIBROMYALGIA. CDCR medical staff then managed my chronic pain with Gabapintons and Tylenol with Codine. Around 2013 or 2014 CDCR discontinued my pain medication for fibromyalgia, Not cause I was cured, but because CDCR medical state were over using pain medications. As of a result on not being treated for my chronic pain, I started self-injurious behavior, cutting myself with razor blade's, over dosing on pills, swallowing razor blades. As a result of self injurious behavior a Psychiatrist at Department of State Hospital (Vacaville State Prison) diagnosed me with mood swings and prescribed Lyrica. IN 2016 Dr. Bone hamer discontinued the Lyrica stating I was the only inmate at CSP-Sacramento receiving Lyrica and CDCR didn't give Narcartics to inmates. IN 2018 I started self medicating with Fintinal, Herion & Math, weed. P.A. Bonehamer refused to prescribed pain medications for my fibromyalgia.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Each defendant's is being sued in their official and indivisual capacity. Attemped suicide's, self-injurious: I couldn't deal with being in pain all the time and just didn't want to ~~li~~ live. Wasn't thinking stravaght. (Dept. State Hospital 2014 & 2015).

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim ~~III~~? VII ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim ~~III~~ to the highest level? ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5 - i

## CLAIM # VIII

1. State the constitutional or other federal civil right that was violated: Denial of Medical Care by Attending or Primary Care Provider. Callous Indifference to Medical Needs.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I have been Incarcerated since 1995. In 1996 CDCR diagnosed me with Hepatitis C, B-1 strand. For years CDCR Doctor's Informed that Hepatitis C Medication Interferon would Not work for my B-1 strand. Over the years I was Always easily fatigued, dry skin and very sensitive to pain. In 2014 CDCR had access to a cure for 99.9 percent of All Hepatitis C Diseases, the medication "Harvoni". I had requested Harvoni for years. The Doctor's refused to prescribe Harvoni for me saying I wasn't sick enough, I was only at stage 2 liver functioning. In 2018 I met an Attorney that was filing an Class Action civil lawsuit against CDCR for Not treating Inmates with Hepatitis C. Who had accept me as a Clinit. The Attorney & CDCR had reached a settlement, for me I would receive the Hepatitis C Medication In December 2019 and $750.00. Initially I agreed to the settlement. However when my Attorney sent me the Payee Data form to sign, I had a change of heart. I Informed my Attorney that I didn't want to settle or accept the deal that was offered and wanted to withdraw my signature from the agreement and I would not be returning the Payee Data Form back to him for the $750.00. This was August or September 2018. I filed a 602 At Salines Valley State Prison Informing the CDCR I was Not accepting the settlement and I was planing to file my own U.S. 42 1983 civil lawsuit.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

At All time each defendant's are being sued In their official and Indivisual capacity. For years I had chronic fatigue, dry skin & unexplained pain issue. In 2018 After I pulled out of the class action 1983 CDCR issued me exclusa Hepatitis C Medication. It still didn't make up for years of pain and suffering.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim #? VIII  ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

5-E

## CLAIM ~~XXX~~ IX

1. State the constitutional or other federal civil right that was violated: Denial of Medical care by Attending or Primary Care Provider. Callous Indifference. To cover up Abuse's by 4o's

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 8-9-16 I WAS SEEN At Doctor's Line by DR. A. AKBAR AS A follow up from SAN Joaquin Hospital, whom prescribed pain med's tylenol 3's for 90 days for my Ruptured left eardrum, ordered X-Rays of left ribs & follow up visit with the ear specialist. ON or About 8-30-16 follow up Doctor's Line with P.A. BONEhamer (AGHW) discontinued my pain med's tylenol 3's, citing their was no medical need for them eventhrough DR. AKBAR had written a 90 days prescription for my ruptured ear. ON or About 8-11-16 X-Rays were taken which revealed I did have a fractured left Rib. The Chief Medical officer (DR. John Doe) sent a memo and the results of the X-Rays showing my broken Rib to P.A. BONE hamer. P.A. BONE hamer never shared this Information with me at that time or treated me for the broken Rib. In November of 2016, during my follow up with the ear specialist at SAN Joaquin Hospital, DR. BARNES Informed me of the X-Rays results of 8-11-16 Indicating the broken Rib. I Informed her that nobody at the prison told me of my broken Rib eventhough I had constantly complained of pain when breathing. I submitted a 602 concerng not being Informed and treated for the broken Rib. P.A. Bonehamer Responded to the 602 stating she didn't know how she missed It. However during that she stated there was no medical need for me to be on tylenol 3's pain med's. Also in Feburuary or March of 2016 P.A. discontinued my Lyrica pain meds stating CDCR didn't give Inmates narcotics and I was the only Inmate at SAC receiving Lyrica.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   EACH Defendant's Is being sued In their official and Individual capacity. P.A. BONEhamer Actions were to hide my Injuries and to cover up the beatings by Correctional officer's by not documenting medical evidences that proved beating were taking placed. P.A. BONE hamer had a very callous Attitude toward Inmate's. She reminded me of the NAZI and JEWS.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim ~~XXX~~ IX     ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Claim ~~IX~~ VII to the highest level?     ☒ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I don't have my property at this time due to my stay at Calif. Health Care facility for suicidal treatment.

PAGE # 5-~~10~~ F

## D. CAUSE OF ACTION

### CLAIM ‡ X

1. State the constitutional or other federal civil right that was violated: Denial of Medical care by Attending or Primary Care Provider. Callous Indifferences to medical and Mental Health Needs.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☒ Medical care

☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I do not have my property or legal records at this time due to me being suicidal on 2-7-20 and sent to CHCF for acute treatment. However, ROSEN BIEN GALVAN & GRUNFELD LLP (The Coleman Project) on April 23, 2020 sent me copys of correspondence of my letters for their & the Prison Law Office Investigation of Staff Misconduct at CSP-SAC PSU in 2016, numerous suicidal attemps were ignored by staff. On 2-22-16 I informed Clinician Mrs. Nguyng I was suicidal. Mrs. Nguyng stated I was just trying to go to OMH, had me returned to cell. On 2-23-16 I took an overdose of pills in the presents of P.T. Elizabeth, sent to A-TTA and then to B4-116 returned to cell 24 hours later. On 3-20-16 cut myself with a razor, placed in holding cell for hours. Sent to B4116 and return to cell on 3-21-16 even though I informed Dr. Glenn I was still suicidal. On 3-24-16 suicidal, hanging and overdose. Discharged on 3-25-16 by Dr. Zeller, 4-4-16 suicidal, swallowed a razor blade. Sent to San Joaquin Hospital. On 4-15-16 suicidal, swallowed two large staple. Sent to B4-117, x rays on 4-20-16, sent to B1-217 MHCB, sick call on 4-22-16 and then sent to San Joaquin Hospital had oral scope to remove the staples. On 5-19-16 suicidal, swallow razor blade, sent to San Joaquin Hospital. 6-11-16 suicidal, overdose 40 Ibuprofen, return to cell. 6-17-16 suicidal overdose, cell extraction. 6-22-16 suicidal overdose return to cell. 7-30-16 suicidal cut wrist excessive force.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Each defendant's is being sued in their official and individual capacity. Had mental health staff, Dr. Ross, Dr. Garner, Dr. Nguyng, Dr. Zeller, Dr. Schwich followed CDCR policy & sent me out to Dept. of State Hospital, instead of returning me to my cell, some of the suicide attemps would not have happened.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I X ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

‡ 5-G

## CLAIM # XI

1.  State the constitutional or other federal civil right that was violated: DISCRIMINATION BASED ON SEX - FEMALES ARE CHARGED lOWER PRICES FOR ITEMS WITH SUGAR. MALES ARE CHARGED MORE.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: Sugar: Items Quarterly Package & Store.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    FEMAle PRisONERS IN CDCR ARE Allowed to buy Items with REAl SUGAR IN them Such AS CANdy- Kool Aide fRom QuARterly PackAge's CAtolag And CANteeN, FEMAle PRISONER's ARE CHARGEd A VERY CHEAPER pRice foR these Items then MAle pRisoNERs. MAle PRisONER's IN CDCR ARE Not Allowed to buy Items with REAl SuGAR IN them Such AS CANdy And Kool Aide. MAle PeisoNers CAN only buy Items that ARE SuGAR fRee, OR with AspARtAME which has beeN KNowN to CAuse CANCER ANd other diseAses. FEMAle PRisoNER CAN ordeR Items like, CARNAtiAN Chocolate INstANt BReak fast, MAXiMA cheRRy dRiNk mix with SuGAR, MAXiMA Hot COCOA, SWISS MISS Milk Chocolate, Jolly RANcHER HARd CANdy with SuGAR, MIke & IKE CANdy with SuGAR, Chick-o-stick, Life SAVERs gummie, HOT TAMAles, StARbuRst fRuit chew, Life SAVeNs miNts, MAXiMA LeMoN disk - Atomic FiReballs, Root BeeR bARRels, StARlight miNts, Sour balls, butter scotch buttoNs, StRAwbeRRy JAM, ketchup, OPEN Pit BBQ SAuce BRowN SuGAR, GRApe spread, ANd MANy MORE Items with SuGAR. but MAle PRisoNER's CAN Not oRdeR ANy of these Items with SuGAR. These Items ARE fRom I CARE quARteRly packAge CAtolot. Its Also the SAME WAY with ACCESS, UNioN Supply DiRect, WAlkeNHouRe oR ANy other CDCR ApRove VeNdoR. MAle PRisoNER ARE CHARGEd AS much AS thRee time the pRice foR Items ARE SuGAR fRee OR with AspARtAME oR otHeR SuGAR subsetute.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    MAle PRisoNERs ARE deNied Items with REAl SuGAR ANd ARE foRce to buy SuGAR fRee Items At A much higheR pRice ANd IS likey to CAuse CANCER ANd othed diseAse's; AfteR yeARs of USEAGE!

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                      ☐ Yes  ☒ No
    b.  Did you submit a request for administrative relief on Claim #? XI                     ☐ Yes  ☒ No
    c.  Did you appeal your request for relief on Claim II to the highest level?               ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. AM IN the PROCESS of AddRess the Above ISSUE'S NOW ON AN 602, INMAte AppEAl.

5-H

## E. REQUEST FOR RELIEF

State the relief you are seeking:

EACh DEfENdANts bE SUED IN thEIR OFficIAl ANd INdiVISUAl cAPAcIty, I dEMANd A JURY trAAl, MONEtARY sEttlEMENt IN thE AMOUNt of B 2,000,000⁰⁰ (twO MIllioNs dollARs) ANd PUNitive dAMAGES to PUNish CDCR for USING EXCESSIVE forCE ON othER INMAtE's for SIMPly goING SUICIdAl, ANd COURt cost, ANY othER RElief the COURt dEEMS NECESSARY

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  MAY 18, 2020
                    DATE

L. Smith
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.



**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

April 23, 2020

Larry Smith, K91850
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

| CONFIDENTIAL – LEGAL MAIL |
| --- |

Re:     Coleman v. Newsom
        Our File No. 0489-3

Dear Mr. Smith:

This is in response to your letters dated March 1 and March 16, 2020, that we received on March 6 and March 30, 2020. We apologize for the delayed response.

In your letter, you wrote that you provided information for our 2016 investigation regarding staff misconduct at CSP-Sacramento. You asked that we send you information that we have regarding that investigation and your involvement, including copies of our correspondence with you. We searched our correspondence file for July through October 2016. We identified six letters that we sent you during that timeframe in response to a number of letters you sent to us. We are enclosing copies of that correspondence here.

Our records reflect that our co-counsel at the Prison Law Office sent a report to CDCR on September 26, 2016 raising 56 allegations of serious staff misconduct at the SAC PSU. We cannot send you the report, which contains privileged and confidential information. However, we can share the following excerpt from the report raising your specific allegations of staff misconduct:

> Larry Smith, K-91850, A-1, reported by mail that on July 30, 2016 Officers Terry and Standfields threw him onto the ground and slammed his head onto the floor. He said Officer Terry then kicked him on the left side of his head and Officer Standfields punched him in the face multiple times. He lost consciousness and woke up in a holding cell with a spit mask on. Mr. Smith said that in the days following this assault, he had fluid coming from his ear and

[3529127.3]

CONFIDENTIAL – LEGAL MAIL

April 23, 2020
Page 2

experienced severe pain. Mr. Smith reported that he swallowed a razor blade on August 3, 2016 out of desperation.  Mr. Smith reported that when an ear, nose, and throat specialist examined him on August 4, 2016, he discovered a hole in Mr. Smith's left ear drum.

In your letter, you also wrote that you are seeking individual representation in a lawsuit against CDCR for the staff misconduct that you were the victim of in 2016. Unfortunately, due to the large scale of our *Coleman* class, we are unable to represent you in your individual case.  I am enclosing a list of lawyer referrals that I hope you will find helpful.

During this state of emergency, we are continuing to read your letters and want to hear from you about conditions in the institution, including how it is handling COVID-19.  However, we hope you can bear with us as our responses may be delayed and not as timely as usual.  We are continuing to work through remote computer access and doing everything we can to support you, our clients, while maintaining the health and safety of our employees.  We appreciate your understanding.

Thank you for writing to us.  Take care.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Heather Gans*

Heather Gans
By:   Paralegal Clerk

ENCL: Lawyer Referral Packet; Copies of RBGG's letters to Mr. Smith dated 7/19/2016; 8/5/2016; 8/24/2016; 9/6/2016; 9/9/2016; 9/20/2016, and Mr. Smith's letters and enclosures to RBGG

[3529127.3]