UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH, | No. 2:20-cv-1004 CKD P |
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al., | |
| Defendants. | |

On December 27, 2021, plaintiff filed a motion for an extension of time to file a second amended complaint. Good cause appearing, that request will be granted.

On December 6, 2021, plaintiff filed a motion asking that the court order that he be transferred to a different prison.[1] Generally speaking, the court does not have the authority to dictate where a prisoner is housed within a state's correctional system. See Meachum v. Fano, 427 U.S. 215 (1976). Plaintiff fails to point to anything suggesting departure from that rule is appropriate here.

/////

/////

/////

---

[1] In the same motion, plaintiff asks that the court order the return of his personal and legal property. Plaintiff withdrew this request in his December 27 motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 30) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice.

3. Plaintiff's request that the court order plaintiff transferred to a different prison (ECF No. 26) is denied.

Dated: January 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
smit1004.36(6)

2