UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1004 CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion for an extension of time to file a second amended complaint. Good cause appearing, that request will be granted.

　　　Plaintiff has also filed a motion asking that the court order the warden at plaintiff's prison to locate property plaintiff alleges is missing and return the property to plaintiff. It appears the primary issue in terms of plaintiff proceeding in this case is that plaintiff cannot locate his dismissed first amended complaint and the court's screening order as to that complaint. As a one-time courtesy, and good cause appearing, the court will provide plaintiff copies of those documents. The court therefore denies his request for orders directed at the warden.

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is granted;

2. Plaintiff is granted thirty days to file a second amended complaint;

3. The Clerk of the Court is directed to send plaintiff copies of plaintiff's first amended complaint (ECF No. 18) and the court's September 21, 2021 order (ECF No. 19).

4. The motion filed by plaintiff on January 24, 2022 (ECF No. 33) is denied.

Dated: February 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
smit1004.36