IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY SMITH,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**RALPH DIAZ, et al.,**<br><br>                              Defendants. | Case No. 2:20-cv-01004-KJM-CKD<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE CONSENT OR DECLINATION OF MAGISTRATE JUDGE'S JURISDICTION** |

   Defendants moved for a 13-day extension of time to file their consent or declination to a Magistrate Judge's jurisdiction.  Good cause appearing, the Court **GRANTS** the motion.  Defendants shall file their consent or declination to a Magistrate Judge's jurisdiction no later than March 16, 2023.

   **IT IS SO ORDERED**.

Dated:  March 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE