UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | No.  2:20-cv-1004 DJC CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 10, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Fujiwara, Stinson and Balbasova's May 4, 2023, request for clarification is granted.

2. Under the heading "CLAIM II," in plaintiff's second amended complaint, Plaintiff is permitted to proceed on the following claims:

> A. A claim for excessive force in violation of the Eighth Amendment against defendant Fujiwara for injuries sustained during the cell extraction on June 17, 2016.
>
> B. A claim for excessive force in violation of the Eighth Amendment against defendant Stinson based upon Plaintiff's allegations that Stinson poured feces and urine on Plaintiff during the cell extraction on June 17, 2016.
>
> C. Claims arising under the Eighth Amendment against Defendants Balbasova and Fujiwara for denying plaintiff medical care after the cell extraction.

3. Any other claims arising under the heading "CLAIM II" against Defendants Fujiwara, Stinson or Balbasova which have not already been dismissed are now dismissed.

4. Defendants Fujiwara, Stinson, Balbasova and Romney shall file responsive pleading within 14 days.

IT IS SO ORDERED.

Dated:  **October 6, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2