UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1004 DJC CKD P<br><br><br>ORDER |

    Defendants filed a motion to dismiss on October 23, 2023.  Because this matter is currently stayed, the Clerk of the Court shall administratively terminate the motion and plaintiff need not respond.  The motion will be reinstated, if necessary, when the stay is lifted.

Dated:  October 24, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
smit1004.at

1