IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY SMITH,** | Case No. 2:20-cv-01004-DJC-CKD |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT** |
| v. | |
| **RALPH DIAZ, et al.,** | |
| Defendants. | |

    Plaintiff Smith, an inmate proceeding pro se and under 42 U.S.C. § 1983, claims that Defendants Fujiwara, Andrade, Stinson, Terry, Bodenhamer, Romney, Calderon, Stanfield, and Balbasova violated his constitutional rights for various incidents that allegedly occurred at California State Prison – Sacramento in 2016.

    On May 10, 2023, the Court issued an order referring the case to its Post-Screening ADR Project and staying the action for a period of 120 days. (ECF No. 45.) After investigating Plaintiff's claims, speaking with Plaintiff, and conferring with supervising counsel, Defendants filed a Motion to Opt Out of the Post-Screening ADR Project on grounds that a settlement conference would not be beneficial at this time.

//

//

Good cause appearing, the Court hereby **GRANTS** Defendants' Motion to Opt Out of the Post-Screening ADR Project. By separate order, the court will set a schedule for further proceedings. The stay entered in this action on October 12, 2023 is lifted.

Dated: November 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE