IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY SMITH,** | Case No. 2:20-cv-01004-DJC-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **RALPH DIAZ, et al.,** | |
| Defendants. | |

Defendants move to vacate the pretrial motion deadline until ninety days after the Court rules on Defendants' Motion for Terminating Sanctions (ECF No. 91). Having read and considered the motion and the accompanying declaration, and for good cause appearing, the motion is **GRANTED**. The Court vacates the pretrial motion deadline, which will be reinstated ninety days after the Court rules on Defendants' Terminating Motion for Sanctions.

Dated: June 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE