IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | Case No. 2:20-cv-01004-CKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT BY FOUR DAYS** |

Defendants N. Fujiwara, F. Andrade, A. Stinson, J. Terry, D. Bodenhamer, N. Romney, D. Calderon, T. Stanfield, and N. Balbasova (Defendants) moved for administrative relief to extend the time to file a motion for summary judgment before the deadline passed. Having read and considered Defendants' administrative relief to extend the time to file a motion for summary judgment and declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion is **GRANTED**. Defendants may file and serve a motion for summary judgment on or before March 28, 2025

Dated: March 20, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE