UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>            Plaintiff,<br><br>      v.<br><br>RALPH DIAZ, et al.,<br><br>            Defendants. | No.  2:20-cv-1004 DJC CKD P<br><br><br><br>ORDER |

Plaintiff requests that the court appoint counsel.  For the same reasons identified in the court's April 17, 2025, denial of plaintiff's April 11, 2025, request for appointment of counsel, this request will also be denied.

Plaintiff also requests an extension of time to file a response to defendants' motion for summary judgment.  Good cause appearing, that request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 113) is DENIED.
2. Plaintiff's motion for an extension of time (ECF No. 112) is GRANTED.  Plaintiff is granted 45 days within which to file a response to defendants' motion for summary

/////

/////

/////

judgment. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 23, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
smit1004.31(2)