IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | Case No. 2:20-cv-01004-CKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

    Defendants N. Fujiwara, F. Andrade, A. Stinson, J. Terry, D. Bodenhamer, N. Romney, D. Calderon, T. Stanfield, and N. Balbasova (Defendants) moved for administrative relief to extend the time to file a reply in support of their motion for summary judgment before the deadline passed. Having read and considered Defendants' administrative relief to extend the time to file a reply, the declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion is **GRANTED**. Defendants may file and serve a reply in support of their motion for summary judgment on or before June 23, 2025.

Dated: June 16, 2025

                                                                   _/s/ Carolyn K. Delaney_<br>CAROLYN K. DELANEY<br>UNITED STATES MAGISTRATE JUDGE